**99–926. Christe v. GMS Mgt. Co.**

Summit App. No. 18992. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry filed April 26,

1999:

"Under R.C. Chapter 5321, shall attorneys' fees be assessed as costs or awarded as damages?"

F.E. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

The conflict case is *Breault v. Williamsburg* (Nov. 21, 1986), Lucas App. No. L–86–116, unreported, 1986 WL 13169.

*Sua sponte*, cause consolidated with 99–450, *infra*.

F.E. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.